UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-63162-CIV-COHN/STRAUSS

W.P. PRODUCTIONS, INC.,

    Plaintiff,

v.

TRAMONTINA U.S.A., INC.
and SAM'S WEST, INC.,

    Defendants.

_____/

## AMENDED FINAL JUDGMENT

**THIS CAUSE** is before the Court following its granting of Sam's West Inc.'s Motion for Summary Judgment [DE 188]. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. Sydney Silverman is jointly and severally liable for the June 12, 2020 [DE 105] judgment entered in favor of Defendant Sam's West, Inc. and against Plaintiff W.P. Productions, Inc., in the amount of $2,672,977.86 plus post judgment interest at the rate of 0.17 percent per annum, for which let execution issue;

2. Sydney Silverman is jointly and severally liable for the October 1, 2020 [DE 120] judgment entered in favor of Defendant Sam's West, Inc., and against Plaintiff W.P. Productions, Inc., in the amount of $58,573.50, plus post judgment interest at the rate of 0.12 percent per annum, for which let execution issue;

3. Within 20 days of this Order, Sydney Silverman shall submit under oath Florida Form 1.977, Fact Information Sheet; and

    4.  The Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of January, 2023.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF